**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ARTIS ROBINSON,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:04cv470-MMP/AK**

**M. BURNS, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed a complaint alleging that the defendants were deliberately indifferent to his serious dental care needs resulting in pain and inability to eat. (Doc. 1). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the complaint should be directed.

At this point, Plaintiff must submit service copies of the complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the complaint for each named Defendant is necessary to effect

service and must be submitted by Plaintiff.  As Plaintiff has named two (2) Defendants in this action, Plaintiff must provide the Court with two additional copies of the complaint that are identical to the complaint, doc. 1, filed with the Court.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until **July 29, 2005**, to provide the Court with two (2) identical copies of her amended complaint for service on the Defendants.

2.  **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this  **15**th day of July, 2005.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**