IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTIS ROBINSON,

    Plaintiff,

v.                                        CASE NO. 4:04-cv-00470-MP-AK

MARILYN BURNS,
DR SCALLONE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division, for all further proceedings. Objections to Report and Recommendation were due by 9/1/2005, but none were filed. The Court agrees that because plaintiff's case alleges deliberate indifference by two staff members at Glade Correctional Institution, and Glade C. I. is located in the Southern District of Florida, that district is the proper one for this case. Accordingly, the Report and Recommendation is adopted and the Clerk directed to transfer this case.

    **DONE AND ORDERED** this *22nd* day of September, 2005

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge